### ROBERT FRENCH V. THE STATE.

No. 19243. Delivered December 15, 1937.
Rehearing Denied January 26, 1938.

The opinion states the case.

B. B. Perkins, of Rusk, for appellant.

Lloyd W. Davidson, State's Attorney, of Austin, for the State.

MORROW, Presiding Judge.—The conviction is for the unlawful possession of liquor for sale in a dry area; penalty assessed at a fine of $150.00.

The complaint and information appear regular. The evidence heard before the trial court is not brought forward for review. No complaints of the rulings of the trial judge have been presented by bills of exception. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial.

No error having been presented warranting a reversal, the judgment of the trial court is affirmed.

*Affirmed.*

### ON MOTION FOR REHEARING.

KRUEGER, Judge.—Appellant, on motion for rehearing, earnestly contends that we erred in our original opinion in holding the information sufficient to charge an offense.

His contention seems to be that an election was held within and for the County of Cherokee, *prohibiting the sale* of intoxicating liquors only, and not prohibiting the possession thereof *for the purpose of sale.* Consequently, he maintains that since the information charges him merely with the possession of intoxicating liquor for the purpose of sale, it fails to charge an offense under the law.

This question has been recently decided adversely to appellant's contention. See Price v. State, 109 S. W. (2d) 198; Ferguson v. State, 110 S. W. (2d) 61; Cropper v. State, not yet reported. (Page 391 of this volume).

The motion for rehearing is overruled.

*Overruled.*

' The foregoing opinion of the Commission of Appeals' has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.